No. 339. SPEVACK *v.* STRAUSS ET AL. The motion for discovery in this case is denied. The motion for leave to use record in No. 641, October Term, 1957, and the motion to impound the record are granted. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit also granted. *Carleton U. Edwards, II, Joseph Y. Houghton* and *Bernard Margolius* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub, Samuel D. Slade, Herman Marcuse, Loren K. Olson* and *Roland A. Anderson* for respondents. Briefs of *amici curiae* in support of the petition for a writ of certiorari were filed by *Elisha Hanson, Arthur B. Hanson* and *Calvin H. Cobb, Jr.* for the American Chemical Society, and *Carlton S. Dargusch* and *Carlton S. Dargusch, Jr.* for the Engineers Joint Council, Inc.

No. 492, October Term, 1957. FLORA *v.* UNITED STATES, 357 U. S. 63. The Solicitor General is requested to file a response to the petition for rehearing in this case. MR. JUSTICE STEWART took no part in the consideration or decision of this matter.